IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DEAN WARREN EWING and LESLIE RENE EWING, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:20-CV-127-M-BR |
| FARM SERVICE AGENCY et al., | § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Plaintiffs Dean Warren Ewing and Leslie Rene Ewing's Brief on their Administrative Procedure Act claims. (ECF 38). The United States Magistrate Judge made Findings, Conclusions, and a Recommendation regarding the motion. (ECF 41). Plaintiffs filed objections on October 12, 2021. (ECF 45). Defendants filed a response to Plaintiffs' objections on October 27, 2021. (ECF 46). The District Court has made a *de novo* review of the portions of the proposed findings and recommendation to which objections were made. The objections are overruled. Accordingly, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and Plaintiffs' claims under the Administrative Procedure Act are **DISMISSED**.

**SO ORDERED**, this 28th day of October, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE